RECEIVED
IN LAKE CHARLES, LA.

SEP 27 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:13 CR 00057-08 |
| VS. | : | JUDGE MINALDI |
| ROLAND JAY SCHULTES | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objections to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed,[1] these findings and conclusions are accepted. Alternatively, this court finds that the proposed findings of fact and conclusions of law are entirely correct. Accordingly, it is

ORDERED that the guilty plea of the defendant, Roland Jay Schultes is ACCEPTED and that Roland Jay Schultes is adjudicated guilty of the offense charged in Count One of the Superceding Indictment.

Lake Charles, Louisiana, this 25 day of September, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 292 issued September 24, 2013.